**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: Rusty Haynes,<br><br>     Debtor. | |
| Rusty Haynes, Individually and On Behalf<br>Of All Others Similarly Situated,<br><br>     Plaintiffs,<br> v.<br><br>Chase Bank USA, N.A.,<br><br>     Defendant. | Chapter 7<br><br>Case No. 11-23212 (RDD)<br><br>Adv. Pro. No. 13-08370 (RDD) |
| In re: Michael Echevarria,<br><br>     Debtor. | |
| Michael Echevarria,<br><br>     Debtor and Plaintiff on<br>     Behalf of Himself and All<br>     Others Similarly Situated,<br> v.<br><br>Bank of America Corporation; Bank of America,<br>National Association; and FIA Card Services, N.A.,<br><br>     Defendants. | Chapter 7<br><br>Case No.: 13-22693 (RDD)<br><br>Adv. Proc. No. 14-08216 (RDD) |

(caption continued on following page)

**<u>ORDER COORDINATING ACTIONS</u>**

| | |
|---|---|
| In re: Kimberly Bruce,<br><br>          Debtor. | |
| Kimberly Bruce,<br><br>          Debtor and Plaintiff on<br>          Behalf of Herself and All<br>          All Others Similarly Situated,<br><br>    v.<br><br>Citigroup, Inc.; Citibank, N.A., and Citibank (South Dakota), N.A.,<br><br>          Defendants. | Chapter 7<br><br>Case No. 13-22088 (RDD)<br><br>Adv. Proc. No. 14-08224 (RDD) |
| In re: Nyree Belton,<br><br>          Debtor. | |
| Nyree Belton,<br><br>         Debtor and Plaintiff on<br>         Behalf of Herself and All<br>         Others Similarly Situated,<br><br>    v.<br><br>GE Capital Consumer Lending, Inc. a/k/a GE Money Bank,<br><br>         Defendant. | Chapter 7<br><br>Case No. 12-23037 (RDD)<br><br>Adv. Proc. No. 14-8223 (RDD) |

## **ORDER COORDINATING ADVERSARY PROCEEDINGS**

Upon the motion (the "Motion") of Plaintiffs in the above-captioned adversary proceedings for an order under the Fed. R. Bankr. P. 7042, incorporating and Fed. R. Civ. P. 42,

2

consolidating these actions; and after due notice, upon Defendants' opposition thereto; and upon the record of the hearing held by the Court on the Motion on October 30, 2014 (the "Hearing") and the subsequent conference held by the Court; and, after due deliberation and for the reasons stated by the Court in its bench ruling and the Hearing, it is hereby

**ORDERED** that pursuant to the Court's inherent power to control its docket and pursuant to Fed. R. Bankr. P. Rule 42, incorporating Fed. R. Civ. P. 42, the above-captioned adversary proceedings are coordinated for pretrial proceedings; and it is further

**ORDERED** that the parties are to work together to coordinate motions, pleadings, discovery and hearings in this adversary proceedings to the maximum extent feasible in order to prevent duplication of effort and to promote the efficient and speedy resolution of these proceedings; and it is further

**ORDERED** that any party in any action making a motion or seeking any relief from the Court shall timely notify the parties in all the other actions that the motion or request for relief is being made; and it is further

**ORDERED** that, except for good cause shown, similar motions in these proceedings shall all be heard in similar fashion on the same date and the parties shall immediately notify the Court if they are unable to schedule such a date; and it is further

**ORDERED** that upon the appeal of any order of this Court issued in any of adversary these proceedings and in the event an appeal on the same issue arises from any one of the other adversary proceedings subject to this Order, the second appealing party shall include a copy of this Order so that the reviewing Court(s) can take any steps deemed appropriate.

Dated: November 24, 2014          /s/Robert  D. Drain
       White Plains, New York          Honorable Robert D. Drain
                                                      United States Bankruptcy Judge